DANIEL J. BERGESON, SBN 105439
dbergeson@be-law.com
CAROLINE McINTYRE, SBN 159005
cmcintyre@be-law.com
JULIA CHUNG, SBN 253358
jchung@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Plaintiff
ANNIE CHAN

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANNIE CHAN, an individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br>BUCEPHALUS ALTERNATIVE ENERGY GROUP, LLC, a limited liability company; and DOES 1 through 10,<br><br>                    Defendant(s). | Case No. C08 04537 PVT<br><br>**STIPULATION TO STAY ACTION** |

WHEREAS, Plaintiff Annie Chan ("Plaintiff") and Defendants Bucephalus Alternative Energy Group, LLC ("BAEG") and Charles Kim ("Kim") (collectively, the "Parties") have agreed to mediate their disputes in the above-captioned action (the "Action"); and

WHEREAS, the Parties desire to stay any deadlines in this Action pending the outcome of the mediation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel, subject to the Court's approval, that:

1. The Action, including all deadlines, is stayed, pending the outcome of the mediation;
2. The parties agree to continue Defendant BAEG's motions currently on calendar to a date and time convenient for the Court and parties; and
3. The Parties will report regarding the outcome of the mediation at the Case Management Conference, already scheduled for February 9, 2009, at 10:00 a.m.

SO STIPULATED AND AGREED.

Dated: October 31, 2008                     BERGESON, LLP


                                            By: _____/s/_____
                                                 Caroline McIntyre

                                            Attorneys for Plaintiff
                                            ANNIE CHAN


Dated: October 31, 2008                     MANNING & MARDER, KASS, ELLROD, RAMIREZ LLP


                                            By: _____/s/_____
                                                 Patrick L. Hurley

                                            Attorneys for Defendant
                                            BUCEPHALUS ALTERNATIVE ENERGY GROUP, LLC

## ORDER

Pursuant to the foregoing stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

(1) The Action, including all deadlines, is stayed, pending the outcome of the mediation;

(2) The Parties will report regarding the outcome of the mediation at the Case Management Conference, already scheduled for February 9, 2009 at 10:00 a.m.

On or before **January 30, 2009**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, an update on the parties' mediation efforts. In light of this Order, the Court orders off calendar Defendant's Motion to Dismiss currently set for hearing on February 9, 2009. (See Docket Item Nos. 14, 16.) The Clerk shall terminate Defendant's Motion from the Docket. Defendant may renotice this motion once the STAY is lifted.

Dated: November 17, 2008

_____
JAMES WARE
United States District Judge