IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Annie Chan, | NO. C 08-04537 JW |
|       Plaintiff,<br>  v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Bucephalus Alternative Energy Group, LLC, et al., | |
|       Defendants._____/ | |

This case was scheduled for a Case Management Conference on February 9, 2009. In light of the parties' failure to file a timely Joint Case Management Statement, the Court continues the Case Management Conference to **February 23, 2009 at 10 a.m.** On or before **February 13, 2009**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, an explanation as to why the parties failed to adhere to the Court's November 20, 2008 Order. (See Docket Item No. 18.). Failure to comply with any part of this Order may warrant sanctions.

Dated: February 4, 2009

                                                JAMES WARE<br>                                                United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Caroline McIntyre cmcintyre@be-law.com
Daniel J. Bergeson dbergeson@be-law.com
Julia Chung jchung@be-law.com
Patrick L. Hurley plh@mmker.com

**Dated: February 4, 2009**               **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**

**United States District Court**
For the Northern District of California